IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40448
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MARVIN RAY EASTER,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:96-CR-33-1
- - - - - - - - - -
December 24, 1997
Before KING, HIGGINBOTHAM and DAVIS, Circuit Judges.

PER CURIAM:[*]

     Counsel for Marvin Ray Easter has filed a brief as required
by Anders v. California, 386 U.S. 738 (1967), alleging that there
are no meritorious issues for appeal.  Easter filed a pro se
brief raising additional issues.  Our independent review of the
briefs and record discloses no issue of arguable merit.
Therefore, the motion of counsel to withdraw is GRANTED, and the
appeal is DISMISSED.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.